◼ LLOYD L. HALBERT, JR., et al., Appellants, v ROY E. HALBERT, Respondent. [842 NYS2d 352]—Appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered April 19, 2007. The order, among other things, denied plaintiffs' motion to reopen the action seeking title to certain property.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Lunn, Fahey and Pine, JJ.

◼ In the Matter of DESTINY S.B., Appellant, v BRYAN K.B., Respondent. (Appeal No. 2.) [841 NYS2d 910]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered December 22, 2006 in a proceeding pursuant to Family Court Act article 6. The order continued custody of the child with respondent.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of Bryan K.B. v Destiny S.B.* (43 AD3d 1448 [2007]). Present—Scudder, P.J., Hurlbutt, Lunn, Fahey and Pine, JJ.

◼ In the Matter of CHRISTOS G. LADAS, a Suspended Attorney, Resignor. [841 NYS2d 900]—Resignation accepted and name stricken from roll of attorneys. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Peradotto, JJ. (Filed Sept. 12, 2007.)